UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARICEL ORTIZ,

    Plaintiff,

v.                                            CASE NO. 8:22-cv-2710-SDM-SPF

OPTIMUM POINT OF CARE
PHYSICIANS GROUP,
L.L.C, et al.,

    Defendants.
_____/

## ORDER

    The parties in this FLSA action jointly move (Doc. 13) for approval of a settlement and attach (Doc. 13-1) the proposed settlement agreement. Under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the settlement appears fair and reasonable and contains no provision "antithetical to the FLSA." *Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227 (M.D. Fla. 2010). Accordingly, the motion (Doc. 13) is **GRANTED**, the settlement agreement (Doc. 13-1) is **APPROVED**, and the action is **DISMISSED WITH PREJUDICE**. The clerk must close the case.

    ORDERED in Tampa, Florida, on March 7, 2023.

                                                        STEVEN D. MERRYDAY
                                                        UNITED STATES DISTRICT JUDGE